### McKENZIE *v.* STATE.

[72 South. 198.]

LARCENY. *Elements of offense. Asportation.*

Where in a trial for larceny the evidence does not show that there was a "carrying away" or asportation of the property alleged to have been stolen, it was error to convict of larceny the most that could be said under the facts in this case was that there was an attempt to commit larceny.

APPEAL from the circuit court of Marion county.

HON. A. E. WEATHERSBY, Judge.

Enoch McKenzie was convicted of larceny and appeals.

The facts are fully stated in the opinion of the court.

*Davis & Langston,* for appellant.

*Ross A. Collins,* Attorney-General, for the State.

HOLDEN, J., delivered the opinion of the court.

The appellant, Enoch McKenzie, was tried in the circuit court of Marion county and convicted on a charge of stealing a hog, of the value of five dollars, and was sentenced to ninety days in jail, and a fine of one hundred dollars, from which judgment he appeals to this court. The facts in this case ars so similar to

those in the case of *Williams* v. *State,* 63 Miss. 58, that we refer to that case as showing the facts here.

The testimony offered by the state does not show that there was a "carrying away" or asportation of the hog after it was killed. Therefore it was error to convict the appellant of larceny. The most that could be said, would be that there was an attempt to commit larceny. This case is controlled by the rule announced in *Williams* v. *State, supra,* and is therefore reversed and remanded.

*Reversed and remanded.*